## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**ESTHER BANDMAN,**

**Plaintiff,**

-v-

**BANK OF AMERICA, N.A.,**

**Defendant.**

**Civil Case Number:  3:21-cv-00981-MAS-DEA**

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.  A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:          April 27, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Yehoshua Bandman*

/s/ Philip Andrew Goldstein
Philip Andrew Goldstein, Esq.
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Tel: (212) 548-2167
Email: pagoldstein@mcguirewoods.com

*Attorneys for Defendant*
*Bank of America, N.A.*