IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ESTHER BANDMAN,

                Plaintiff,

-v-                              Civil Case Number: 3:21-cv-00981-MAS-DEA

BANK OF AMERICA, N.A.,

                Defendant.

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 27, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **3:21-cv-00981-MAS-DEA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 28th **day of** April **2021.**

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE